MADE JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-1428-GW (SSx) | Date | November 8, 2010 |
|---|---|---|---|
| Title | *Vartgaz Kuvakian v. 3M Company, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** (IN CHAMBERS) COURT ORDER

On October 12, 2010, an Order to Show Cause re Settlement was issued for the following reason: Notice of Settlement filed on October 8, 2010.

A hearing re settlement was set for November 8, 2010 at 8:30 a.m. No appearance was made nor response has been filed. Counsel are hereby notified that this action is dismissed without prejudice.

:

Initials of Preparer   JG